RECEIVED & FILED

Aug 26  12 30 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-05-13751 LBR
)
LEONG, NINA LISA ) IN PROCEEDINGS UNDER CHAPTER 7
)
Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO: Clerk, United States Bankruptcy Court

FROM: William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 12 | JJMAC/LATITU<br>ACCT No. 385<br>1801 California Ave.<br>Corona, CA 92881 | | $ 6,997.00 |
| 12I | JJMAC/LATITU<br>ACCT No. 385<br>1801 California Ave.<br>Corona, CA 92881 | | $ 883.42 |
| | Sub-Totals | $ 0.00 | $ 7,880.42 |
| | Total check | | $ 7,880.42 |

Date:

_____
Trustee William A. Leonard, Jr.

Note: Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 to into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.

Receipt # 192278  $ 7880.42